■ JACOB MISHLER, Respondent, v. LOLA MISHLER, Appellant.—■

Christ, P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.